Case Name:   RONALD A. CANODE
Case No:   06 B 71972

# CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 8/30/07                      WILLIAM T. NEARY
                                      United States Trustee, Region 11


                            BY:   _/s/Carole J. Ryczek_____
                                        CAROLE J. RYCZEK
                                        Attorney for the U.S. Trustee