**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>CANODE, RONALD A | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71972 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-8529 13-7556532<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **SEPTEMBER 24, 2007** at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 1,985.50 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 2,786.74 | |

JOSEPH D. OLSEN                      0.00                      68.66
Trustee

4. The Trustee's Final Report shows total:

    a. Receipts                                                     $   20,367.44

    b. Disbursements                                   $   1,422.96

    c. Net Cash Available for Distribution       $   18,944.48

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $14,103.58, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $33,807.61.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:


    8/30/07                                         s/s Joseph D. Olsen
DATE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: lorsmith               Page 1 of 1          Date Rcvd: Aug 31, 2007
Case: 06-71972                 Form ID: pdf002              Total Served: 27

The following entities were served by first class mail on Sep 02, 2007.
db            +Ronald A Canode,    571 Donna Dr. #1,    Rockford, IL 61107-7053
aty           +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty           +David H Carter,    Rockford Bankruptcy Clinic,    One Court Place   Suite 401,
                Rockford, IL 61101-1042
tr            +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
10978941       American Express,    Box 360002,    Fort Lauderdale, FL 33329
11189136       American Express Centurion Bank,     c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10978942      +Capital One,    Box 790216,    Saint Louis, MO 63179-0216
10978943      +Chase,    Box 15299,    Wilmington, DE 19850-5299
11096535      +Chase Bank USA, N.A.,     c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
11088104      +GE Consumer Finance,    For GE Money Bank,    dba CARE CREDIT,    PO Box 960061,
                Orlando FL 32896-0061
10978945      +GE Money Bank,    Box 981127,    El Paso, TX 79998-1127
10978946      +JC Penney,    Box 981403,    El Paso, TX 79998-1403
10978947      +Kohls,    Box 3043,    Milwaukee, WI 53201-3043
11133936      +Kohls/Chase Bank USA,N.A.,     P O Box 740933,    Dallas, TX 75374-0933
10978948      +MBNA,    Box 15026,    Wilmington, DE 19886-5026
10978949      +Nationwide Credit,    Box 740640,    Atlanta, GA 30374-0640
10978950      +Premier Chiropractic,     4855 E. State St.,    Rockford, IL 61108-2274
10978951      +QVC,    Box 981463,    El Paso, TX 79998-1463
11088100      +Recovery Management Systems Corporation,     For GE Money Bank,    dba Exxon/Mobil,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11088099      +Recovery Management Systems Corporation,     For GE Money Bank,    dba Home Shopping Network,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11088102      +Recovery Management Systems Corporation,     For GE Money Bank,    dba SAMS CLUB DISCOVER,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11088103      +Recovery Management Systems Corporation,     For GE Money Bank,    dba JC Penney,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11088101      +Recovery Management Systems Corporation,     For GE Money Bank,    dba QVC,    25 SE 2nd Ave Ste 1120,
                Miami FL 33131-1605
10978952      +Sams Club Discover,    Box 981284,    El Paso, TX 79998-1284
10978953      +Sears,    Box 6922,    The Lakes, NV 88901-6922

The following entities were served by electronic transmission on Sep 01, 2007.
11072498      +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 01 2007 03:15:01
                DISCOVER BANK/DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OH 43054-3025
10978944       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 01 2007 03:15:01      Discover Financial,
                Box 15192,    Wilmington, DE 19850
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2007**                    **Signature:**   *Joseph Speetjens*