**JPMorganChase** ⚪

August 01, 2007 through August 31, 2007

Primary Account: **000312102256165**

## IMAGES

ACCOUNT # 000312102256166



JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS    101
12/210

Case
06-71972 MB
312102256166
EIN 13-7556532 Form 1041 yr ended 6/30/07

Debtor
CANODE, RONALD A

EID #330400
JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2238

Date  07/30/2007    $ *********338.00

---Three Hundred Thirty-Eight Dollars and 00/100

Pay to the Order of
United States Treasury
Internal Revenue Service Center
Cincinnati OH 45999-0148

JOSEPH D. OLSEN

⑈000001101⑈ ⑆021000021⑆312102256166⑈ /00000338007

008470048877 AUG 07 #0000000101 $338.00

008470048877 AUG 07 #0000000101 $338.00

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS    102
12/210

Case
06-71972 MB
312102256166
EIN 13-7556532, Form E-1041 yr. ended 6/30/07

Debtor
CANODE, RONALD A

EID #330400
JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2238

0721864151000

Date  07/30/2007    $ *********396.00

---Three Hundred Ninety-Six Dollars and 00/100

Pay to the Order of
Illinois Department of Revenue
P.O. Box 19009
Springfield IL 62794-9009

JOSEPH D. OLSEN

⑈000001102⑈ ⑆021000021⑆312102256166⑈ /00000396007

008870256423 AUG 07 #0000000102 $396.00

008870256423 AUG 07 #0000000102 $396.00

Exhibit "A"

# JPMorganChase 🔵

August 01, 2007 through August 31, 2007

Primary Account: **000312102256165**

ACCOUNT # 000312102256166





008470847513 AUG 24 #0000000103 $450.00



008470847513 AUG 24 #0000000103 $450.00

JPMorganChase ⬤

November 01, 2007 through November 30, 2007
Account Number: **000312102256166**

## IMAGES

ACCOUNT # 000312102256166





008670156315 NOV 07 #0000000104 $1,985.50



008670156315 NOV 07 #0000000104 $1,985.50



008670156314 NOV 07 #0000000105 $2,786.74



008670156314 NOV 07 #0000000105 $2,786.74

**JPMorganChase** ⚫

November 01, 2007 through November 30, 2007
Account Number: **000312102256166**

ACCOUNT # 000312102256166





008670866829 NOV 07 #0000000106 $68.66



008670866829 NOV 07 #0000000106 $68.66

**JPMorganChase**

September 29, 2007 through October 31, 2007

Primary Account: **000312102256165**

## IMAGES

ACCOUNT # 000312102256166



008370613609 OCT 24 #0000000107 $4,496.29



008370613609 OCT 24 #0000000107 $4,496.29



008170070697 OCT 25 #0000000108 $68.93



008170070697 OCT 25 #0000000108 $68.93

**JPMorganChase** ⚪

September 29, 2007 through October 31, 2007

Primary Account: **000312102256165**

ACCOUNT # 000312102256166



008170070698 OCT 25 #0000000109 $31.33



008170070698 OCT 25 #0000000109 $31.33



008570607657 OCT 25 #0000000110 $476.99



008570607657 OCT 25 #0000000110 $476.99

**JPMorganChase O**

September 20, 2007 through October 31, 2007
Primary Account: **000312102256165**

ACCOUNT # 000312102256166



008570607658 OCT 25 #0000000111 $603.72



008570607658 OCT 25 #0000000111 $603.72



008570607659 OCT 25 #0000000112 $147.09



008570607659 OCT 25 #0000000112 $147.09

**JPMorganChase O**

September 29, 2007 through October 31, 2007
Primary Account: **000312102256165**

ACCOUNT # 000312102256166



008570046766 OCT 26 #0000000113 $854.69



008570046766 OCT 26 #0000000113 $854.69



008870902494 OCT 24 #0000000114 $3,875.59



008870902494 OCT 24 #0000000114 $3,875.59

**JPMorganChase**

September 29, 2007 through October 31, 2007

Primary Account: **000312102256165**

ACCOUNT # 000312102256166





008670338602 OCT 25 #0000000115 $73.10



008670338602 OCT 25 #0000000115 $73.10



008870031939 OCT 24 #0000000116 $3,494.39



008870031939 OCT 24 #0000000116 $3,494.39